**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>CORNFIELD, et al.,<br><br>　　　　　　　　　　Defendants. | 3:22-cv-00108-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 45 |

Before the court is Plaintiff's Motion for Extension of Time. (ECF No. 45.) Plaintiff requests an extension to July 15, 2023, in which to file a response to Defendants' Motion for Summary Judgment (ECF No. 42).

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time (ECF No. 45) is **GRANTED** to the extent that Plaintiff shall have to and including **Monday, July 17, 2023**, in which to file a response to Defendants' Motion for Summary Judgment (ECF No. 42).

DATED: June 29, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE