```
 1  AARON D. FORD
      Attorney General
 2  ANDREW C. NELSON, Bar No. 15971
      Deputy Attorney General
 3  State of Nevada
    100 N. Carson Street
 4  Carson City, NV  89701-4717
    Tel: (775) 684-1227
 5  E-mail: acnelson@ag.nv.gov

 6  Attorneys for Defendants
    Steven Cornfield, Debra Gregoire,
 7  Veronica Meza, and Coulter Rynerson
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>  Plaintiff,<br><br>v.<br><br>CORNFIELD, et al.,<br><br>  Defendants. | Case No. 3:22-cv-00108-MMD-CSD<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiff, Lausteveion Johnson, in *pro se*, and all Defendants named in this case, by through counsel, Aaron D. Ford, Nevada Attorney General, and Andrew C. Nelson, Deputy Attorney General, hereby stipulate that above-captioned matter should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 5 day of October, 2023.

LAUSTEVEION JOHNSON
*Plaintiff, pro se*

DATED this 5th day of October, 2023.

/s/ Andrew C. Nelson
ANDREW C. NELSON, Bar No. 15971
Deputy Attorney General
Attorney for the Defendants

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: November 15, 2023

Page 1

# CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on November 15, 2023, I electronically filed the foregoing, **STIPULATION AND ORDER FOR DISMISSAL** , via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Lausteveion Johnson
1316 Maenpah Circle
Las Vegas, NV 89106

*/s/ Karen Easton*
An employee of the
Office of the Nevada Attorney General